IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02632-CMA-MEH

BARBARA CHURCH, individually, and
BARBARA CHURCH, as Personal Representative of the Estate of William Church,

    Plaintiffs,

v.

DANA KEPNER COMPANY, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 22, 2012.**

    Dana Kepner's Unopposed Motion to Vacate July 17, 2012 Settlement Conference [filed June 20, 2012; docket #20] is **granted**. The Settlement Conference scheduled in this case for July 17, 2012, is hereby **vacated**. To reschedule the matter, counsel shall teleconference together before calling my Chambers at (303) 844-4507 to obtain an available date.