IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02632-CMA-MEH

BARBARA CHURCH, individually, and
BARBARA CHURCH, as Personal Representative of the Estate of William Church,

    Plaintiffs,

v.

DANA KEPNER COMPANY, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 6, 2012.**

    Plaintiffs' Motion to Quash Defendant's Subpoenas for Confidential Settlement Agreements, Motion for Protective Order of Confidential Settlement Agreements, Motion for Stay of Subpoenas and Motion for Costs [filed November 2, 2012; docket #47] is **granted in part and denied without prejudice in part** as follows.

    First, with respect to the motion to quash, the Court has already determined in its October 31, 2012 order that it has no jurisdiction to enforce subpoenas duces tecum issued from this Court and served upon holders of documents in other districts, pursuant to Fed. R. Civ. P. 45(a)(2)(C). *See* docket #45. Therefore, the subpoenas listed in Exhibit B to the present motion (docket #47-2) that are issued from this Court and served upon the following recipients in other districts are **quashed**:

1.     Custodian of Records for California Water Service, Co., San Jose, CA;
2.     Custodian of Records for Familian Corp., Los Angeles, CA;
3.     Custodian of Records for Hallstar Services Corp., Los Angeles, CA;
4.     Custodian of Records for John K. Bice Co., Fullerton, CA; and
5.     Custodian of Records for Slakey Brothers, Inc., Elk Grove, CA.[1]

With respect to the remaining requests for relief, in the interests of judicial economy and the efficient management of its docket, the Court will deny the Plaintiffs' motion without prejudice for seeking multiple requests for relief in a single motion in contravention of D.C. Colo. LCivR 7.1C ("A motion shall be made in a separate paper."). The Plaintiffs may renew their request(s) in accordance with this order and the applicable rules **on or before November 13, 2012**, after which

---

[1] Plaintiffs also attach a copy of the October 19, 2012 subpoena issued from this Court to Waterous Company in St. Paul, MN; however, the Court quashed this subpoena on October 31, 2012.

2

time the stay, as provided in D.C. Colo. LCivR 30.2A, will no longer remain in effect.

Case 1:11-cv-02632-CMA-MEH   Document 52   Filed 11/06/12   USDC Colorado   Page 2 of 2