IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02632-CMA-MEH

BARBARA CHURCH, individually, and
BARBARA CHURCH, as Personal Representative of the Estate of William Church,

    Plaintiffs,

v.

DANA KEPNER COMPANY, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 6, 2012.**

    The Motion to Quash Dana Kepner Company, Inc.'s Subpoena Duces Tecum and for Protective Order filed by Waterous Company [filed November 5, 2012; docket #50] is **denied as moot**. The subpoena challenged in the present motion was quashed by this Court on November 1, 2012. If the non-party, Waterous Company, still sees a need to seek a protective order in this matter, it may renew its motion on or before November 13, 2012.