IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02632-CMA-MEH

BARBARA CHURCH, individually, and
BARBARA CHURCH, as Personal Representative of the Estate of William Church,

    Plaintiffs,

v.

DANA KEPNER COMPANY, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 4, 2013**.

    In light of the settlement of this matter on January 31, 2013, Plaintiffs' Motion for Leave to Amend Complaint [filed January 30, 2013; docket #86] is **denied as moot**.